PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $269,565.50 SEIZED FROM FIRST RELIANCE BANCSHARES, INC. ACCOUNT NUMBER 5220000969, HELD IN THE NAME OF LIFESTYLE DEVELOPMENT, LLC,<br><br>APPROXIMATELY $1,373.95 SEIZED FROM VALLEY NATIONAL BANK ACCOUNT NUMBER 8843534202, HELD IN THE NAME OF LIFESTYLE DEVELOPMENT, LLC,<br><br>APPROXIMATELY $7,982.56 SEIZED FROM FIRST RELIANCE BANCSHARES, INC. ACCOUNT NUMBER 5210000745, HELD IN THE NAME OF THOMAS EIDE,<br><br>APPROXIMATELY $50,000.00 SEIZED FROM MAINSTREET BANK ACCOUNT NUMBER 2010039009, HELD IN THE NAME OF PRV INTERNATIONAL, LLC,<br><br>APPROXIMATELY $36,650.38 SEIZED FROM BANK OF AMERICA, N.A. ACCOUNT NUMBER 383019458700, HELD IN THE NAME OF VITAKEM NUTRA, AND | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

| | |
|---|---|
| 1<br>2<br>3 | APPROXIMATELY $37,886.31 SEIZED FROM SOUTHSTATE BANK, NA ACCOUNT NUMBER 8010002012630, HELD IN THE NAME OF SARAH NICK, |
| 4 | Defendants. |

It is hereby stipulated by and between the United States of America and potential claimants Thomas Eide on behalf of himself and Lifestyle Development, LLC, PRV International, LLC, and Vitakem Nutra, by and through their respective counsel, and Sarah Nick, on behalf of herself, appearing *in propria persona* ("claimants"), as follows:

1. On or about May 7, 2024, the U.S. Postal Inspection Service ("USPIS") seized the above-referenced defendant funds pursuant to Federal seizure warrants (hereafter collectively "defendant funds").

2. Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant funds, or obtain an indictment alleging that the defendant funds are subject to forfeiture within one hundred and fifty days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is October 4, 2024.

3. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to January 2, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

4. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment

///
///
///
///
///

2

alleging that the defendant funds are subject to forfeiture shall be extended to January 2, 2025.

Dated:  10/3/2024     PHILLIP A. TALBERT
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:  9/30/2024     /s/ Daniel Olmos
DANIEL OLMOS
Attorney for potential claimant
Thomas Eide on behalf of himself and Lifestyle Development, LLC
600 University Avenue
Palo Alto, CA 94301
(Signature authorized by email)

Dated:  10/1/2024     /s/ Oliver M. Krischik
OLIVER M. KRISCHIK
Attorney for potential claimant
PRV International, LLC
1055 Thomas Jefferson Street NW, Suite 620
Washington, DC 20007
(Signature authorized by email)

Dated:  10/3/2024     /s/ Daniel Conti
DANIEL CONTI
Attorney for potential claimant
Vitakem Nutra
626 Rexcorp Plaza
Uniondale, NY, 11556
(Signature authorized by email)

Dated:  10/3/2024     /s/ Sarah Nick
SARAH NICK
Potential claimant
Appearing *in propria persona*
2027 Brick Kiln Parkway
Mount Pleasant, SC 29466
(Signature authorized by email)

**IT IS SO ORDERED**.

Dated: _____      _____
United States District Judge

3

Stipulation and Order to Extend Time